# EXHIBIT 8

# NOTICE OF RIGHT TO RESCIND

**Loan No. 3085603486**

**To:** ROBERT C HETU CAROL HETU

**Address:** [redacted], WOONSOCKET, RI 02895 PROVIDENCE

**YOUR RIGHT TO CANCEL:**
You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to CANCEL this transaction, without cost, within three business days from whichever of the following events occur last:

(1) The DATE of the TRANSACTION, which is ______________________ OR
(2) The DATE you received your TRUTH-IN-LENDING DISCLOSURES; OR
(3) The DATE you received this notice of RIGHT TO RESCIND.

If you cancel this transaction, the security interest is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the items mentioned above, but you must then offer to return the money or property. If it is impractical or unfair to you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL:**
If you decide to cancel this transaction, you may do so by notifying us in writing at:

**FIRST NLC FINANCIAL SERVICES, LLC**
**700 W. Hillsboro Blvd. Bldg. 1, Ste. 204**
**Deerfield Beach, FL 33441**
**ATTN: Legal Dept.**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of ______________ (or midnight of the third business day following the latest of the events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

---

**I WISH TO CANCEL**

______________________ ______________________
ROBERT C HETU CAROL HETU

______________________ ______________________

______________________ ______________________

DATE: ______________ DATE: ______________

---

DO NOT SIGN ABOVE, UNLESS YOU WISH TO RESCIND/CANCEL/VOID THIS TRANSACTION.

## TO BE SIGNED BELOW AT CLOSING
I HEREWITH ACKNOWLEDGE RECEIPT OF TWO COPIES OF THIS NOTICE: ______________

X______________________
CAROL HETU

30001L1