# EXHIBIT 9

## CERTIFICATE OF CONFIRMATION OF NOTICE OF RIGHT TO RESCIND

Borrower(s): ROBERT C HETU, CAROL HETU Loan #: 3085603486

Property Address: [redacted]
WOONSOCKET, RI 02895

Whereas more than three (3) business days have elapsed since the undersigned received my/our Notice of Right to Rescind and the Truth-in-Lending Disclosure Statement concerning the transaction identified above; in order to induce **FIRST NLC FINANCIAL SERVICES, LLC** to proceed with full performance under the agreement in question, the undersigned do herewith warrant, covenant and certify that I/we, jointly and separately, have not exercised my/our Right to Rescind; that I/we do hereby ratify and confirm the same in all respects. I/we further represent that the undersigned is/are the only person(s) entitled to rescind, in that I/we am/are all of the persons who have an ownership interest in the real property or I/we am/are all of the person(s) who will be subject to the security interest in the real property.

I/We further acknowledge that I/we am/are signing this certificate on or after: ____________________

______________________________
ROBERT C HETU

______________________________
CAROL HETU

______________________________

______________________________