# EXHIBIT 18

*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

May 25, 2007

First NLC Financial Services, LLC
Attn: Legal Department
700 W. Hillsboro Blvd.
Bldg. 1, Suite 204
Deerfield, FL 33441

**Re: Notice of Rescission by Susan P. Moynihan of [redacted], Westerly, RI 02891; Loan Number: 3083602282; Closing Date: 09/15/2006**

To Whom It May Concern:

I represent Susan P. Moynihan concerning the mortgage loan transaction she entered into with First NLC Financial Services, LLC on September 15, 2006. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Ms. Moynihan was given inaccurate Truth in Lending disclosures that contained miscalculations which give rise to an extended right to rescind, and she was also given materially confusing and inconsistent disclosures pertaining to the notice of right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.23.

The security interest held by First NLC Financial Services LLC on the Moynihan's property located at 3-C Quartz Drive, Westerly, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Susan P. Moynihan,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Susan P. Moynihan

*TWO DEXTER STREET, PO BOX 479 PAWTUCKET, RI 02862 PHONE (401) 728-6060 FAX (401) 728-6534*