# EXHIBIT 21

*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

**CLAUDE F. LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**

*ATTORNEYS & COUNSELORS AT LAW*

First NLC Financial Services LLC
700 W. Hillsboro Blvd. Bldg 1 Ste. 204
Deerfield Beach, FL 33441

Wilshire Credit Corporation
PO Box 8517
Portland, OR 97207-8517

**Re: Notice of Rescission by David Smeraldo of [redacted]arwick, RI 02886.**
**Loan Number: 3085603049; Closing Date:10/13/2006.**

To Whom It May Concern: September 20, 2007

I represent David Smeraldo concerning the mortgage loan transaction he entered into with First NLC Financial Services LLC on October 13, 2006. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Smeraldo was given materially confusing and inconsistent disclosures concerning his right to cancel the above consumer credit contract in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Section 226.23.

The security interest held by First NLC Financial Services on Mr. Smeraldo's property located at 134 Greeley Avenue in Warwick, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**David Smeraldo,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: David Smeraldo and Wilshire Credit Corporation