# EXHIBIT 22

# TRUTH-IN-LENDING DISCLOSURE FOR REAL ESTATE MORTGAGE LOANS (VARIABLE RATE OPTION)

NAME(S) / ADDRESS(ES) OF BORROWER(S) ("Borrower, you or your")
SUSAN P MOYNIHAN
[redacted]
Westerly, RI 02891

NAME / ADDRESS OF LENDER (CREDITOR) ("Lender, us or our")
FIRST NLC FINANCIAL SERVICES, LLC
1900 SOUTH STATE COLLEGE BLVD. STE. 120
ANAHEIM, CA 92806

PROPERTY ADDRESS 3-C QUARTZ DRIVE, WESTERLY, RI 02891 WASHINGTON

| LOAN NUMBER | TRANSACTION DATE | | |
|---|---|---|---|
| 3083602282 | 09/11/06 | [X] Preliminary | [ ] Final |

Words, numbers or phrases preceded by a [ ] are applicable only if the [ ] is marked.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| e 12.2561% | $ 539,071.01 e | $ 173,150.45 e | $ 712,221.46 e |

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due | Monthly Beginning |
|---|---|---|---|
| e 24 | 1,170.13 | 11/1/2006 | |
| e 6 | 1,632.63 | 11/1/2008 | |
| e 6 | 1,863.88 | 5/1/2009 | |
| e 24 | 1,967.17 | 11/1/2009 | |
| e 299 | 2,053.13 | 11/1/2011 | |
| e 1 | 2,061.33 | 10/1/2036 | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |
| e | | | |

**VARIABLE RATE:** [X] Applicable [ ] Not Applicable

The annual percentage rate may increase during the term of this transaction if the average of the U.S. Treasury Bills with a maturity of increases. Please refer to the Adjustable Rate Mortgage Documents for specific information concerning the variable rate provisions of this transaction.

The annual percentage rate may increase during the term of this transaction if the increases. The rate may not increase more often than and may not increase more than % per adjustment. Any increase will take the form of . For example,

[X] This transaction is subject to a variable rate feature and is secured by your principal dwelling. Variable rate disclosures have been provided at an earlier time.

**PAYABLE ON DEMAND:** [ ] This obligation is payable on demand [ ] The disclosures are based on an assumed maturity of one year.

Filing / Recording Fee $ 400.00

You may obtain property insurance from anyone acceptable to the lender.

**SECURITY:** You are giving a security interest in the real property and any of the following items which are checked:

[ ] Goods being purchased.
[X] Other (Specify)
[ ] Funds on deposit with the lender.
[ ] Collateral securing other loans with us may also secure this loan.

[redacted] 02891

**LATE CHARGE:**

If you are more than Ten days late in making any payment, in addition to your payment, you will pay a late charge of:
[ ] the lesser of [ ] the greater of [X] an amount equal to [ ] $ or [X] 5.000 % of the payment in default.

**PREPAYMENT:**

If you pay off early, you [X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:**

If this loan is to purchase and is secured by your principal dwelling, and if checked here, [X] someone buying your dwelling cannot assume the remainder of this purchase money mortgage loan on the original terms.

If this loan is to purchase and is secured by your principal dwelling, and if checked here, [ ] someone buying your dwelling may, subject to conditions, be allowed to assume the remainder of this purchase money mortgage loan.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and Creditor's policy regarding assumption of the obligation.

"e" means an estimate.

[X] Please refer to the "Good Faith Estimate" for a breakdown of fees, charges and amount financed.

[ ] Please refer to the Itemization of Amount Financed Statement.

**SIGNATURES:**

By signing you acknowledge receipt of a completed copy of this disclosure. You understand that this is not a contract and does not reflect all of the terms and conditions of the mortgage transaction to which the disclosures reflected on this form relate.

X ______________________ DATE
SUSAN P MOYNIHAN

X ______________________ DATE

X ______________________ DATE

X ______________________ DATE