IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONNIE R. JOHNSON, ROBERT HETU
GERARD D. LANGLAIS, DAVID
SMERALDO, and SUSAN P.
MOYNIHAN,

Plaintiffs, C.A. 07-381-ML

v.

FIRST NLC FINANCIAL SERVICES, LLC.

Defendant.
_______________________________________/

**SUGGESTION OF BANKRUPTCY**

First NLC Financial Services, LLC, by and through undersigned counsel, would show unto this Court as follows:

1. On January 18, 2008 (the "Petition Date"), First NLC Financial Services, LLC (the "Debtor") filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 08-10632-BKC-PGH.

2. By virtue of the bankruptcy filing, the Debtor's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

3. Pursuant to § 362 of the Bankruptcy Code, 11 U.S.C. §101, *et seq.*, an automatic stay is in effect which enjoins, *inter alia*, the prosecution of the above captioned case against the Debtor.

4. The bankruptcy case has not been dismissed.

5. The filing of this Suggestion of Bankruptcy is not intended by the undersigned attorneys to be a general appearance in this cause for the Debtor.

944074-1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via first class, U.S. Mail, postage prepaid, upon the attached Service List on this 24th day of January 2008.

Respectfully submitted,

BERGER SINGERMAN, P.A.
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872

By: Arthur J. Spector
Arthur J. Spector
Florida Bar No. 620777
aspector@bergersingerman.com

**Service List**

Christopher M. Lefebvre, Esq.
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862





BERGER SINGERMAN
attorneys at law
Boca Raton Fort Lauderdale Miami Tallahassee
350 East Las Olas Boulevard Suite 1000 Fort Lauderdale, Florida 33301 Telephone 954-525-9900 Facsimile 954-523-2872